**N.B., the Father, Appellant,**

v.

**DEPARTMENT OF CHILDREN AND FAMILIES, et al., Appellees.**

No. 3D16–1663.

District Court of Appeal of Florida, Third District.

Oct. 19, 2016.

Albert W. Guffanti, P.A., and Albert W. Guffanti, for appellant.

Karla Perkins, for Department of Children and Families; Laura J. Lee, Sanford, for Guardian ad Litem Program, for appellees.

Before SUAREZ, C.J., and SALTER and EMAS, JJ.

SUAREZ, C.J.

N.B., an uncharged father, appeals the trial court's granting of visitation by the maternal grandmother of his child. We affirm because the record below makes clear that N.B. repeatedly consented to the visitation and confirmed several times that he understood that the trial court was permitting it. *Clear Channel Metroplex, Inc. v. Sunbeam Television Corp.,* 922 So.2d 229, 232 (Fla. 3d DCA 2005) (Waiver is "the voluntary and intentional relinquishment of a known right.").

Affirmed.